**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CIVIL ACTION NO. 24-70-DLB-EBA**

**JUSTIN LEE WINCHELL**                                                                                  **PLAINTIFF**

**v.**                                                           **ORDER**

**TRACY KEETON, et al.**                                                                             **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 59), wherein he recommends that the Defendants' Motion for Summary Judgment (Doc. # 53) be granted. No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.

The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 59), is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court; and

(2)   Defendants' Motion for Summary Judgment (Doc. # 53) is **GRANTED**.

A separate Judgment will be entered contemporaneously herewith.

1

This 11th day of February, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2024\24-70 Order Adopting R&R.docx